28 PAGES TOTAL

Revised 03/06 WDNY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

# FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT
(Non-Prisoner Context)

13 CV 6020

All material filed in this Court is now available via the INTERNET. See Pro Se Privacy Notice for further information.

UNITED STATES DISTRICT COURT
FILED
JAN 15 2013
MICHAEL J. ROEMER, CLERK
WESTERN DISTRICT OF NY

## 1. CAPTION OF ACTION

**A. Full Name of Plaintiff: NOTE:** *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

WALTER WOJTCZAK 1-3-13

-vs-

**B. Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.* Add a separate sheet, if necessary.

1. DR. NANCY CAIN
2. JOHN ACETO
3. ANN SILKEY
4. MANORA TABONE
5. STEVEN GOLDSTEIN
6. THOMAS WALLACE
7. LYNDA BATTAGLIA
8. JOHN ALLEN
9. ROBIN GOLDMAN
10. DALE ENGEL
11. DONALD DAWSON
12. K. BLOOMFIELD
13. ELIZABETH COOTS

## 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT

*All of these sections MUST be answered*

*Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.*

A. Basis of Jurisdiction in Federal Court: COMPLAINT INVOLVES CONSTITUTIONAL + FEDERAL STATUTES, HIPAA + CONSUMER BILL OF RIGHTS AND THE NATURAL LAWS OF GOD WHICH IS THE BASIS OF ALL MORAL + ETHICAL PRINCIPLES.

*State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.*

B. Reason for Venue in the Western District: RESIDENCE OF THE PLANTIFF

*Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.*

C. Nature of Suit: CIVIL RIGHTS VIOLATION, 42 U.S.C.§1983 DEPRIVATION OF RIGHTS, §1985 CONSPIRACY TO INTERFER WITH CIVIL RIGHTS, §1986 NEGLECT TO PREVENT CONSPIRACY, U.S. HIPAA (SERIOUS VIOLATIONS), CONSTITUTION ARTICLE VI GOV'T OFFICIALS DISCHARGING DUTIES WITHOUT OATHS OF OFFICE, 1ST AMENDMENT - DENY MY RELIGIOUS EXPRESSION, 4TH AMENDMENT - VIOLATION OF PRIVACY, 5TH DENIED DUE PROCESS, 9TH AMENDMENT - DENIED RIGHT

U.S. DISTRICT COURT
WESTER DISTRICT OF N.Y.

C. NATURE OF THIS ACTION AND SUIT CONTINUED:

TO REMOVE FALSE RECORDS (KNOWN FACT) FROM MY MEDICAL FILE, 10th AMENDMENT - DENY MY RIGHT TO DEMAND FALSE RECORDS BE REMOVED FROM MY MEDICAL FILE, 14th AMENDMENT N.Y.S. OFFICIALS DELIBERATELY DENYING ME EQUAL PROTECTION OF THE LAWS, 28 U.S.C 1343 RELATED TO TITLE 42 STATUTES ALREADY MENTIONED, U.S.C 18 § 1503 TAMPERING WITH SEVERAL WITNESSES U.S.C 18 § 241 CONSPIRACY TO OPPRESS AND INTIMIDATE A PERSON, U.S.C. 18 § 1621 SEVERAL GOV'T AND PUBLIC OFFICIALS MADE FALSE STATEMENTS AND GENERATED FALSE OFFICIAL DOCUMENTS, RICO - OBSTRUCTION OF JUSTICE, U.S.C. 18 § 1503 OBSTRUCTION OF JUSTICE, U.S.C. 18 § 242 PUBLIC HEALTH CARE PROVIDERS, STATE OFFICIALS DELIBERATE DEPRIVATION OF RIGHTS PROTECTED BY THE CONSTITUTION. U.S.C. 18 § 2340 INFLICTING EMOTIONAL DIRESS AND U.S.C. 46 § A, 30509 COMPENSATION FOR DAMAGES

W.W.

W.W.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** **NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: WALTER WOJTCZAK

Present Address: 1729 EMPIRE BLVD APT. 63
WEBSTER, N.Y. 14580

Name of Second Plaintiff:

Present Address:

**DEFENDANT'S INFORMATION** **NOTE:** *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: DR. NANCY CAIN

Official Position of Defendant (if relevant): STRONG BEHAVIORAL HEALTH - HOSPITAL, DOCTOR.

Address of Defendant: 601 ELMWOOD AVE
ROCHESTER N.Y. 14642 NOTE: MAY BE RETIRED?

Name of Second Defendant: JOHN ACETO

Official Position of Defendant (if relevant): COUNSELOR - MASTER OF SCIENCE?

Address of Defendant: STRONG ADULT AMBULATORY STRONG BEHAVORIAL HEALTH
300 CRITTENDEN BLVD ROCH. N.Y. 14642, OR ROCHESTER COMMUNITY MOBILE CRISIS

Name of Third Defendant: ANN SILKEY

Official Position of Defendant (if relevant): MANAGER - HEALTH INFORMATION MANAGEMENT DEPT.

Address of Defendant: 601 ELMWOOD AVE BOX 616
ROCHESTER N.Y. 14642

**DEFENDANT'S INFORMATION** **NOTE:** *To list additional defendants, use this format on another sheet of paper.*

Name of 4TH Defendant: HANDRA TABONE PSYCHIATRY QUALITY IMPROVEMENT DIRECTOR

Official Position of Defendant (if relevant): MS RN

Address of Defendant: 300 CRITTENDEN BLVD
ROCHESTER N.Y 14642

Name of 5TH Defendant: STEVEN GOLDSTEIN CEO

Official Position of Defendant (if relevant): PRESIDENT STRONG MEMORIAL HOSPITAL

Address of Defendant: 300 CRITTENDEN BLVD. - 601 ELMWOOD AVE
ROCHESTER, N.Y. 14642

Name of 6TH Defendant: TOM WALLACE

Official Position of Defendant (if relevant): FIELD DIRECTOR, N.Y.S OFFICE OF MENTAL HEALTH

Address of Defendant: 737 DELAWARE AVE. SUITE 200
BUFFALO N.Y. 14209

W.W.

**DEFENDANT'S INFORMATION** **NOTE:** *To list additional defendants, use this format on another sheet of paper.*

Name of 7TH Defendant: LYNDA BATTAGLIA N.Y.S. OFFICE OF MENTAL HEALTH

Official Position of Defendant (if relevant): A O T INVESTIGATOR

Address of Defendant: 737 DELAWARE AVE SUITE 200
BUFFALO N.Y. 14209

Name of 8 TH Defendant: JOHN ALLEN N.Y.S. OFFICE OF MENTAL HEALTH

Official Position of Defendant (if relevant): SPECIAL ASSISTANT TO THE COMMISSIONER

Address of Defendant: 44 HOLLAND AVE
ALBANY N.Y. 12229

Name of 9TH Defendant: ROBIN GOLDMAN N.Y.S. OFFICE OF MENTAL HEALTH COUNSEL

Official Position of Defendant (if relevant): ASSISTANT COUNSEL

Address of Defendant: 44 HOLLAND AVE
ALBANY N.Y. 12229

**DEFENDANT'S INFORMATION** **NOTE:** *To list additional defendants, use this format on another sheet of paper.*

Name of 10TH Defendant: DALE ENGEL N.Y.S OFFICE OF PROFESSIONAL DISCIPLINE

Official Position of Defendant (if relevant): INVESTIGATOR

Address of Defendant: 85 ALLEN ST SUITE 120
ROCHESTER N.Y. 14608

Name of 11 TH Defendant: DONALD DAWSON N.Y.S OFFICE OF PROFESSIONAL DISCIPLINE

Official Position of Defendant (if relevant): DIRECTOR

Address of Defendant: 85 ALLEN ST. SUITE 120
ROCHESTER N.Y. 14608

Name of 12TH Defendant: K. BLOOMFIELD

Official Position of Defendant (if relevant): NURSE INVESTIGATOR N.Y.S.

Address of Defendant: OFFICE OF PROFESSIONAL CONDUCT, 433 RIVER ST., SUITE 30
TROY, NY 12180

M.W.

**DEFENDANT'S INFORMATION** **NOTE:** *To list additional defendants, use this format on another sheet of paper.*

Name of Defendant: ______

Official Position of Defendant (if relevant): ______

Address of Defendant: ______

Name of 13TH Defendant: ELIZABETH COOTS STRONG MEMORIAL HOSPITAL

Official Position of Defendant (if relevant): QUALITY OFFICER FOR PATIENT RELATIONS

Address of Defendant: 601 ELMWOOD AVE

ROCHESTER N.Y. 14642

Name of Defendant: ______

Official Position of Defendant (if relevant): ______

Address of Defendant: ______

**DEFENDANT'S INFORMATION** **NOTE:** *To list additional defendants, use this format on another sheet of paper.*

Name of Defendant: ______

Official Position of Defendant (if relevant): ______

Address of Defendant: ______

Name of Defendant: ______

Official Position of Defendant (if relevant): ______

Address of Defendant: ______

Name of Defendant: ______

Official Position of Defendant (if relevant): ______

Address of Defendant: ______

W.M.

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**

Yes___ No X

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

Plaintiff(s): —



W.W.

U.S FEDERAL DISTRICT COURT 1-4-13
100 STATE ST.
ROCHESTER, N.Y. 14614

NOTICE: SUMMARY OF COMPLAINT

DEAR CLERK OF THE COURT:

BECAUSE OF THE VERY COMPLICATED AND SERIOUS NATURE OF THE CASE INVOLVING CRIMINAL ACTS, A COLLUSION, BETWEEN STRONG MEMORIAL HOSPITAL AND N.Y.S. DEPT. OF MENTAL HEALTH, IT WAS NECESSARY TO PROVIDE A DETAILED SUMMARY EXPLANATION, PRESENTED IN THE 13 INDIVIDUAL CLAIMS INCLOSED. THERE ARE NO CIVIL RIGHTS HERE.

THANKYOU.

Walt Woytezak
1729 EMPIRE BLVD APT 63
WEBSTER, N.Y. 14580

Defendant(s): —

2. Court (if federal court, name the district; if state court, name the county): —

3. Docket or Index Number: —

4. Name of Judge to whom case was assigned: —

5. The approximate date the action was filed: —

6. What was the disposition of the case?

Is it still pending? Yes____ No____

If not, give the approximate date it was resolved. —

Disposition (check those statements which apply):

_____ Dismissed (check the statement which indicates why it was dismissed):

____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

____ By court due to your voluntary withdrawal of claim;

____ Judgment upon motion or after trial entered for

____ plaintiff

____ defendant.

---

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

* A. **FIRST CLAIM:** On (*date of the incident*) 12-31-10 (DISCOVERY ON 1-?-11) HAVE ENVELOPE DATED 1-4-11 defendant (*give the name and (if relevant) the position held of each defendant involved in this incident*) DR. CAIN AUTHORIZED HANDRA TABONE MS, RN TO SEND A REPLY TO MY COMPLAINT SENT TO ANN SILKEY (REGARDING FALSE MEDICAL RECORDS) MAINTAINING A FALSE



M.W.

A. FIRST CLAIM CONTINUED
did the following to me (*briefly state what each defendant named above did*): CLAIM THAT I DON'T HAVE DIABETES THAT ITS A DELUSION, * EVEN AFTER I PROVIDED DOCUMENTED MEDICAL REPORT, DR. CAIN ALSO WROTE SHERIFF (INVOLVING SAFELO CASE 08-CV6436) AND STATED SHE STOPED MEDICINE BECAUSE OF SYMTOMS (DIABETES) DR. CAIN ALSO STATED ON TAPE "WOULD YOU LIKE TO GET OFF THE MEDICINE BECAUSE OF YOUR DIABETES" THERE ARE OTHER FALSE CHARGES TO MAKE MY MEDICAL RECORD LOOK LIKE I HAVE DISORDERED THINKING IN THIS 12-31-10 LETTER. THEN WHEN THE N.Y.S.O.M.H GOT INVOLVED THIS LETTER WAS ILLEGALLY SECRETLY REMOVED FROM MY MEDICAL RECORDS. DR. CAIN COULD NOT COME FORTH AND TELL THE TRUTH BECAUSE THEN SHE MAY LOSE JOB.

The federal basis for this claim is: ~~THIS 12-31-10 LETTER WASN'T INCLUDED IN MEDICAL RECORDS~~ REQUEST 12-21-11
42 U.S.C § 1983, 42 U.S.C § 1985, 42 U.S.C § 1986, HIPAA
18 U.S.C § 241, 18 U.S.C § 242.

State briefly exactly what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:
COMPENSATE ME FOR TREMENDOUS STRESS (FALSE DIAGNOSIS, FALSE RECORDS, DELETED RECORDS UNLAWFULLY, COSTING ME MUCH TIME & MONEY TRYING TO CORRECT THIS INJUSTICE INVESTING ALMOST 4YRS EFFORT. THE ABOVE CODES INCLUDES A CAUSE OF ACTION
* NEED RECORDS CORRECTED. * THIS CLAIM A CONTINUED ON NEXT PAGE.

_____ On (*date of the incident*) _____,

defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) _____

did the following to me (*briefly state what each defendant named above did*): _____

The federal basis for this claim is: _____

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:

**If you have additional claims, use the above format to set them out on additional sheets of paper.**



M.W.

A. FIRST CLAIM CONTINUATION: WANT TO HAVE MEDICAL FILE CORRECTED.
IT IS A FACT THAT A DISORDERED THINKING MEDICAL RECORD INCLUDING DELUSIONS, ETC. OR ITS POSSIBILITY IS SIMILIAR TO A FELONY RECORD RESTRICTING MY RIGHTS & LIBERTYS, JOBS, 2ND AMENDMENT, & RELATIONSHIPS. ALSO THE EVIDENCE SHOWS THAT ANOTHER REASON WHY THIS 12-31-10 LETTER IS MISSING FROM MY MEDICAL RECORDS (IT NEVER EXISTED?) IS BECAUSE IT STATES THAT STRONG MEMORIAL HOSPITAL WILL NO LONGER CORRESPOND WITH ME. HOWEVER N.Y.S. O.M.H. FORCED S.M.H. TO ACCEPT A PROTEST LETTER 5-15-11 I WROTE (N.Y.S. OMH SUBMITTED IT) TO BE FILED. AS WILL BE EXPLAINED IN ANOTHER CLAIM, S.M.H. WANTS MY RECORDS TO REFLECT THAT THEY WERE WILLING PARTICIPANTS LAWFULLY FOLLOWING THE HIPAA AMENDMENT PROCESS ALL ALONG WHICH IS TOTALLY FALSE. S.M.H HAS TOTALLY COVERED UP THAT N.Y.S.O.MH. IS INVOLVED. THERE IS A COPY OF THIS 12-31-10 SMH. LETTER IN MY FILE.

* B. SECOND CLAIM: DATE OF INCIDENT: 3-25-09, 4-9-09 4-30-09, 6-11-09. DEFENDENT, JOHN ALETO - COUNSELOR ASSAULTED ME TWICE 3-25-09, 6-11-09 BY YANKING MY ARM FORCEFULLY TRYING TO REMOVE DOCUMENT IN MY HAND WHILE WALKING TOGETHER TO JOHN'S OFFICE. THIS WAS AGAINST MY WILL. JOHN SUGGESTED (6-11-09) THREATS AND ACTION AGAINST ME BY STATING "WILL SEE WHAT WERE GOING TO DO ABOUT YOU" BECAUSE I WAS NOT ABLE TO ENGAGE WITH COUNSELING (I DISCUSSED THE 08CV6436 CASE). I WAS FORCED INTO COUNSELING BY DR. CAIN OR SHE WOULD STOP MY NEEDED PRESCRIPTIONS FOR MY HEADACHE & ANXIETY. JOHN LEFT SBHSMH AND I WAS NO LONGER REQUIRED TO ATTEND COUNSELING. JOHN STATED TO ME ON THE PHONE (RECORDED) 11-9-10 THAT I HAVE NO DISORDERED THINKING (WHEN I WAS HIS PATIENT AND ON THE PHONE (11-4-10) HOWEVER, WHEN I REQUESTED

W.W.

B. SECOND CLAIM CONTINUED:

MY MEDICAL RECORDS INVOLVING JOHN FROM S.M.H. RECORDS DEPT. (2-7-11) TO SUBMIT TO N.Y.S. O.M.H. AT A SCHEDULED MEETING ON 3-9-11 I NOW FOUND SEVERAL FALSE DIAGNOSES (6-11-09) INCLUDING THAT THE SAFECO-BANK OF AMERICA CASE 08CV6436 WAS POSSIBLY A DELUSION EVEN THOUGH JOHN HEARD (4-30-09) THE RECORDED POLICE CALL WHERE THE DETECTIVE CLEARLY STATES THAT SAFECO IS (COVERING UP & IS HOSTILE) AND ASKED-PLEADED THAT THE N.Y.S. COURTS SUBPOENA HIM AND SAFECO. THE DETECTIVE STATED HIS HANDS ARE TIED INDICATING THAT THE DETECTIVE WAS BLOCKED AND PREVENTED FROM DOING HIS JOB. THIS IS WITNESS TAMPERING. THE EVIDENCE SHOWS JOHN ALTERED (POSSIBLY) THE RECORDS AFTER MY 11-9-10 CALL TO SUPPORT DR. CAINS RECORDS SHOWING DISORDERED THINKING. THESE AND OTHER ISSUES WERE SUBMITTED TO SMH RECORDS DEPT, STEVEN GOLDSTEIN CEO AT SMH, N.Y.S O.M.H AND ALMOST NOTHING WAS DONE EXCEPT TO COVER THE WHOLE PROBLEM WITH DECEITFUL NO ANSWER REPLYS OR A RECORD THAT SHOWS NO INVESTIGATION. ALSO THE N.Y.S.O.P.D. INVESTIGATED THIS MATTER AND STATED TO ME ON THE PHONE ON 12-28-12 THAT MY COMPLAINT WAS DISMISSED. THE FEDERAL BASIS FOR THIS CLAIM. U.S. CONSTITUTION 9TH AMENDMENT, 14TH AMENDMENT, 28 U.S.C 1343, 42 U.S.C. 1983, 1985, 1986, 18 U.S.C §1503, U.S.C. 18 § 242, U.S.C. 18 §1621, 18 U.S.C. § 241, HIPAA U.S.C. 18 § 2340 (U.S.C. 46 § A 30509. PLEASE SEE NATURE OF SUIT FOR EXPLANATION OF CODES.

NOTE: STATUTE OF LIMITATIONS ON THIS CLAIM HAS NOT BEEN DETERMINED BECAUSE SMH AND N.Y.S O.MH. STAFF ARE IN COLLUSION TO CONCEAL CRIMINAL ACTS TO THIS CURRENT DATE.

I AM ASKING THIS COURT TO COMPENSATE ME FOR ALL THE LABOR, EXPENSES AND FOR DAMAGES, TO HAVE MY MEDICAL RECORDS CORRECTED, AND THAT JOHN BE HELD ACCOUNTABLE FOR HIS IMMORAL AND UNLAWFULL BEHAVIOR.

W.W.

* C. THIRD CLAIM: ANN SILKEY, HEALTH INFORMATION DEPT., MANAGER BLOCKED, ON 9-28-10 MY HIPAA DISAGREEMENT LETTER (7-3-10) IT CONTAINS 9 PAGES BUT ONLY THE FIRST 2 WERE ALLOWED THIS LETTER DESCRIBED IN DETAIL A VERY COMPLICATED PROBLEM INVOLVING DR. CAIN & ANN SILKEYS REFUSAL TO ADDRESS MY AMENDMENT REQUEST ACCORDING TO THE FACTS & EVIDENCE. ANN SILKEY IS CONCEALING UNLAWFUL ACTS, IN ADDITION TO HER UNLAWFUL ACTS. * THERE IS NO LIMIT STATED IN HIPAA OR BY N.Y.S.O.M.H, REGARDING DISAGREEMENT STATEMENTS. ALSO, ANN IS RESPONSIBLE FOR THE MISSING 11-4-10 COMPLAINT LETTER I SENT HER INSTRUCTED MY LYNDA BATTAGLIA (N.Y.S. O.M.H.) REGARDING ANN'S REFUSAL TO AMEND THE FALSE RECORDS. SO, UP TO THIS POINT MY RECORDS INCLUDE ONLY THE SHORTENED 2 PAGE LETTER OF DISAGREEMENT, AND NO 11-4-10 LETTER TO ANN. ALSO AS I STATED EARLIER ANN IS RESPONSIBLE FOR THE MISSING 12-31-10 LETTER (HANORA TABONE.) THEN AFTER I SUBMITTED (3-24-11) ANOTHER AMENDMENT REQUEST REGARDING FALSE RECORDS WITH JOHN ACETO, I DID NOT GET ANY CORRESPONDENCE FROM ANN UNTIL 9-22-11, 3 MONTHS LATE AND THIS WAS BECAUSE A VERY UNLAWFUL & NEFARIOUS CLANDESTINE SCHEME WAS CARRIED OUT BY ANN AND JOHN ALLEN (SPECIAL ASSISTANT TO THE COMMISSIONER). I SUBMITTED AN ADDITIONAL NON HIPAA AMENDMENT LETTER CONTAINING CRIMINAL CHARGES AGAINST DR. CAIN & JOHN ACETO (5-15-11) THIS LETTER WAS GIVEN TO RANDY HILL - NYS.OMH. AT MY HOME. RANDY FORWARDED IT TO JOHN ALLEN WHO FORCED ANN SILKEY TO ACCEPT IT. JOHN CALLED ME ON 9-9-11 AND TOLD ME THIS LETTER (5-15-11) IS IN MY MEDICAL FILE WHICH I FOUND OUT LATER IS FALSE. ANN'S 9-22-11 LETTER STATES SHE RECEIVED THE 5-15-11 LETTER OF DISAGREEMENT THAT I SUBMITTED. THIS IS FALSE. ANN WANTS THE RECORD'S TO SHOW THAT N.Y.S WAS NEVER INVOLVED IN THIS AMENDMENT PROCESS. THERE IS ALSO A VERY SERIOUS PROBLEM WHICH IS THAT IF THIS HYBRID LETTER (5-15-11) IS A LETTER OF DISAGREEMENT THEN IF ANN'S 9-22-11 LETTER IS TO BE

NOTES SEE H. EIGHTH CLAIM →

C. THIRD CLAIM CONTINUED:

DESIGNATED AS A DENIAL TO MY 3-24-11 AMENDMENT REQUEST, THIS CREATES AN IMPOSSIBLE SITUATION, THE LETTER DATED 5-15-11 DISAGREEMENT CANNOT BE A RESPONSE TO A 9-22-11 DENIAL LETTER, IF ANN'S 9-22-11 LETTER IS A DENIAL IT MUST BE DATED EARLIER THAN DISAGREEMENT LETTER NOT LATER. HERE IS THE PROCESS REQUIRED BY HIPAA THAT WAS DELIBERATELY VIOLATED BY ANN & JOHN ALLEN; TRYING TO MAKE IT APPEAR THAT THE HIPAA WAS FOLLOWED.

QUESTION: WHERE DOES SMH 9-22-11 LETTER FIT ANSWER IT'S NOT POSSIBLE

(3-24-11) 1. AMENDMENT REQUEST - PATIENT
2. DENY OR APPROVE - HOSPITAL
(5-15-11) 3. STATEMENT OR LETTER OF DISAGREEMENT - PATIENT
4. REBUTTAL - HOSPITAL

ANN CANNOT STATE WHAT HER 9-22-11 LETTER IS, SHE IS ~~EXPOSED~~ TRAPPED & INVOLVED IN A CRIMINAL VIOLATION OF HIPAA. IF ANN CLAIMS HER 9-22-11 LETTER IS A REBUTTAL LETTER THEN THERE WAS NO DENIAL LETTER FROM HER. EITHER WAY IF THIS 9-22-11 SMH LETTER IS CALLED A DENIAL OR REBUTTAL IT CAN'T BE FOLLOWING THE HIPAA PROCESS, ALSO IF THERE IS NO DENIAL LETTER FROM ANN THEN HOW CAN MY 5-15-11 LETTER (OUTSIDE HIPAA) BE A LETER OF DISAGREEMENT. ANN AND JOHN HAD TO FIT MY 5-15-11 LETTER INTO THE HIPAA AMENDMENT PROCESS CLAIMING IT WAS SENT IN FROM MYSELF HIDING N.Y.S.OMH INVOLVEMENT, THAT WOULD REQUIRE ACTION IF KNOWN BY N.Y.S AGAINST THE HOSPITAL, NOW, N.Y.S.O.M.H. DENYS HAVING ANY KNOWLEDGE OF THIS 5-15-11 LETTER. NYS OMH LEGAL COUNSEL CLAIMS THERE ARE NO RECORDS INVOLVING THIS MATTER. JOHN ALLEN REFUSES TO OFFICIALY STATE THAT HE SUBMITTED THIS 5-15-11 (LETTER) LETTER TO ANN SILVEY, SMH. TO THIS DAY MY HIPAA AMENDMENT RIGHTS HAVE BEEN STRIPPED. THERE ARE ADDITIONAL COMPLAINTS ALSO.

NOTE: THE 5-15-11 #3 DISAGREEMENT ~~LETTER IS A~~ REPLY TO #2, DENIAL, NOT MY AMENDMENT REQUEST, #1, SMH IS ~~CREATING~~ FALSE RECORDS

FEDERAL BASIS FOR CLAIM: 42 U.S.C §1983, 1985, 1986, 14TH AMENDMENT 28 U.S.C §1343, U.S.C 18 §1503, U.S.C 18 §241, 242, RICO, HIPAA, U.S.C. 18 §2340, U.S.C. 46 § A 30509 PLEASE SEE NATURE OF SUIT FOR EXPLANATION OF CODES. I WANT THE COURT TO REQUIRE

C THIRD CLAIM CONTINUED

ANN SILKEY SMH RECORDS DEPT TO CORRECT MY RECORDS I SHOULD BE COMPENSATED FOR ALL THE LABOR, COSTS AND SUFFERING TRYING TO RESIST THIS FALSE PERSONAL ATTACK (UNWARRANTED) AND CONDEMNATION OF MY NAME AND MEDICAL RECORDS.

* D. FORTH CLAIM

HANORA TABONE, QUALITY CARE IMPROVEMENT MANAGEMENT DIRECTOR BASICALLY TRIED TO PRESENT IRRATIONAL & INCOMPETENT MEDICAL INFORMATION IN HER 12-31-10 LETTER SENT TO ME AS AN APPROPRIATE EXPLANATION FOR DR. CAINS COMPLETELY FICTITIOUS DIAGNOSIS, THIS LETTER IS AN EXAMPLE OF THE EXTREME DISREGARD FOR ANOTHER HUMAN BEING THAT HANORA CARRIED OUT. PLEASE SEE A. FIRST CLAIM, IT EXPLAINS WHAT HAPPENED. THE FEDERAL BASIS FOR THIS CLAIM IS 42 U.S.C. § 1983, 1985, 1986, HIPAA, 14TH AMENDMENT, U.S.C. 18 § 1621, U.S.C. 18 § 242. PLEASE SEE NATURE OF SUIT FOR EXPLANATION OF CODES. THE COURT SHOULD HOLD HANORA RESPONSIBLE FOR WRITING SUCH AN UNPROFESSIONAL LETTER THAT IS HARASSMENT, AND FIND OUT WHY IT IS NOT IN MY RECORDS AT SMH.

* E. FIFTH CLAIM; I WROTE TO STEVEN GOLDSTEIN CEO, SMH ON 12-21-10, 11-9-11, ASKING FOR HELP. HE REFUSED BUT INSTEAD BLOCKED MY PATIENTS RIGHTS, AND HIPAA PROCESS. HE IS RESPONSIBLE FOR EVERYTHING THAT HAPPENED IN THIS PROBLEM, HE IS INVOLVED IN THE OPPRESSION OF MY RIGHTS AND IS USING THE GREAT POWER AT HIS DISPOSAL TO SHUT DOWN THIS INVESTIGATION HE COULD HAVE CORRECTED THIS PROBLEM EARLY BUT

E. FIFTH CLAIM CONTINUED: CHOSE NOT TO HELP. INSTEAD HE REQUIRED ELIZABETH COOTS TO SEND ME A LETTER STATING THAT S.M.H. WILL NO LONGER RESPOND TO MY CORRESPONDENCE. (12-2-11) I HAD JUST WRITTEN TO ANN SILKEY (10-14-11) WARNING HER THAT SHE IS A WITNESS TO MUCH WRONG DOING INVOLVING MY RECORDS, AND IF SHE DOESN'T TAKE ACTION I WILL CONTACT FEDERAL PROSECUTORS. I ALSO CALLED PATIENTS RELATIONS (11-1-11?) AS SUGGESTED BY ROBERT DEMPSY NYSOMH. I NEVER GOT TO EXPLAIN ANYTHING ON THE PHONE, SO THEY DIDN'T KNOW THE BASIS OF ISSUE. I NEVER CALLED BEFORE, I WAS TOLD ON THIS 11-1-11 CALL I WOULD BE CONTACTED. AS STATED ABOVE I GOT THE 12-2-11 LETTER THAT STATES THAT THEY RESPONDED TO MY AMENDMENT REQUEST AND STATES NO MORE CORRESPONDENCE. I WAS NOT ALLOWED TO EXPLAIN TO PATIENT RELATIONS THE GRAVITY AND THE SERIOUS HIPAA VIOLATIONS AND CRIMINAL COVER UP OF MY HUMAN RIGHTS BY SOME AT S.M.H. AND N.Y.S.O.M.H.

FEDERA BASIS FOR CLAIM: USC 42 § 1983, 1985, 1986, HIPAA, 5TH, 9TH, 10TH, 14TH AMENDMENTS, U.S.C. 28 § 1343, USC 18 § 1503, USC 18 § 241, 242, U.S.C. 18 § 1621, U.S.C. 18 § 2340, USC 46 § A 30509

PLEASE SEE NATURE OF SUIT FOR EXPLANATION OF CODES

I NEED THE COURT TO REQUIRE STEVE TO CORRECT MY RECORDS, AND COMPENSATE ME FOR MUCH LABOR, COSTS, AND STRESS THAT IS THE RESULT. WHEN THE NATURAL LAW OF GOD AND MORAL PRINCIPLES ARE VIOLATED, AND ITS BEING CARRIED OUT DELIBERATELY, THERE ARE VERY DARK SPIRITUAL FORCES INVOLVED HERE. ANY MONEY TO BE PAID TO ME I WILL LEAVE TO THIS COURT TO DETERMINE. HOW MUCH WOULD A LAWYER GET PAID?

* F. SIXTH CLAIM: FIRST OF ALL, TOM WALLACE, DIRECTOR OF NYS OMH BUFFALO, ACCORDING TO THE N.Y.S. STATE DEPARTMENT (DOCUMENTED) DOES NOT HAVE A PROPER CURRENT OATH OF OFFICE, FOR HIS

F. SIXTH CLAIM CONTINUED:

HIGHER POSITION WHEN MOVED TO BUFFALO. IF THIS IS TRUE HE IS UNLAWFULLY CARRYING OUT DUTIES OF A N.Y.S. OMH OFFICER TOM IS HAS BEEN FULLY INFORMED ABOUT MY RECORDS PROBLEM WITH SMH, HAS SEEN MUCH EVIDENCE & DOCUMENTS AND HAS MADE STATEMENTS (RECORDED) ON 3-9-11 AT THE FAIRPORT PUBLIC LIBRARY (CONFERENCE ROOM) WITH 4 WITNESSES, THAT (UNFAIRLY) "ONCE YOU IN THE MENTAL HEALTH SYSTEM YOU HAVE NO CREDIBILITY." TOM ALSO ACKNOWLEDGED FALSIFIED RECORDS WHERE PUT IN MY FILE AT S.M.H. BY DR. CAIN, AND THAT "SHE IS NOW AFRAID TO ADMIT THE TRUTH BECAUSE OF FEAR." TOM WILL NOT NOW RESPOND TO ME IN WRITING AS REQUESTED TO SHOW PROOF OF MUCH WRONG DOING IN S.M.H. HE IS NOW PART OF A COORDINATED EFFORT (CAHOOTS) TO COVER UP THE SERIOUS FALSE MEDICAL RECORDS ISSUE, JOHN ACETO'S ASSAULT AGAINST ME AND A VERY DECEITFUL TRICK OF GETTING INVOLVED AND THEN GETTING OUT OF THIS INVESTIGATION WITH NO OFFICIAL -OF ANY KIND RECORD OF WRONG DOING BY SMH AND A DENIAL THAT N.Y.S. OMH. DID A DELTA FORCE OPERATION FORCING SMH TO TAKE MY 5-15-11 ADDITIONAL AMENDMENT LETTER OUTSIDE THE AMENDMENT PROCESS AND TRY TO UNLAWFULLY FIT IT INTO THE HIPAA AMENDMENT PROCESS AND THEN TOM DENYS ANY INVOLVEMENT TO AVOID HIS DUTY TO TAKE ACTION AGAINST S.M.H. BASED ON THE IRREFUTABLE EVIDENCE PROVIDED IN THIS 5-15-11 LETTER OF WRONG DOING BY S.M.H. NEAR THE END OF 2011 TOM GOT ANGRY WITH ME ON THE PHONE BECAUSE I ASKED HIM IF HE REMEMBERED THE LAB TEST (STRONG) THAT CONFIRMED I HAVE A DIABETES ISSUE. HE REFUSED TO ANSWER AND LIKENED ME TO A PIG. HE ALSO HAS STATED TO ME THAT HE HAS MORE IMPORTANT THINGS TO DO, SUCH AS PROSECUTE OFFICE WORKERS WHO DISCARD MEDICAL RECORDS IN THE DUMPSTER. THE FEDERAL BASIS OF THIS CLAIM IS U.S.C. 42 § 1983, 1985, 1986, HIPAA, ARTICLE VI U.S. CONSTITUTION 4TH AMENDMENT, ALSO 5TH & 9TH AMENDMENTS, 14TH AMENDMENT,

 W.W.

F. SIXTH CLAIM CONTINUE U.S.C. 28§1343, U.S.C.18§1503, U.S.C.18§241, 242, 1621, 2340, U.S.C.46§A 30509. PLEASE NATURE OF SUIT FOR EXPLANATION OF CODES. THE COURT SHOULD HOLD TOM ACCOUNTABLE FOR LACKING OATH OF OFFICE (NOT AT HIGHER JOB POSITION) AND BE IMPEACHED AND MAKE HIM (OUT OF HIS POCKET) COMPENSATE ME FOR HIS PART IN TRYING TO DESTROY MY HUMAN RIGHTS & DIGNITY & NAME WHEN HE KNOWS THE TRUTH. TOM IS AN OUTLAW, & NO MORAL

* G. SEVENTH CLAIM: MY COMPLAINT AGAINST LYNDA BATTAGLIA IS BASICALLY THE SAME AS TOM WALLACE IN CLAIM #6. BUT THERE ARE SOME DIFFERENCES. LINDA WAS NOT AT THE 3-9-11 MEETING IN THE FAIRPORT LIBRARY. HOWEVER SHE IS ABREAST OF THIS PROBLEM WITH SMH. SHE DID FALSELY ACCUSE ME OF BREAKING THE LAW. (RECORDING DR. CAIN IN HER OFFICE & ON THE PHONE.) AND NEVER RETRACTED IT. LYNDA FALSELY ACCUSED ME OF HARASSING DR. CAIN BECAUSE I FILED A COMPLAINT AGAINST HER). WHEN I MENTIONED THAT GOD'S LAW, THE BASIS OF ALL MORAL LAW WILL BE USED TO ADDRESS THIS PROBLEM, LYNDA ANGRILY RESPONDED ON THE PHONE "YOU OR WE ARE NOT GOING TO TALK ABOUT GOD." HERE IS THE REAL UNDERLYING PROBLEM. LYNDA HAS NO NATURAL LAW (OF GOD) (THE FOUNDATION OF THE DECLARATION OF INDEPENDENCE & THE U.S. & N.Y.S CONSTITUTION) THAT SHE SUBSCRIBES TO IN THIS PROBLEM. LYNDA AND ALL THE DEFENDENTS ARE CONTROLED BY THE MATRIX - A GODLESS AMORAL (FAST) MIND SET CALLING EVIL-GOOD, AND GOOD-EVIL, AND BECAUSE I MENTION GOD I AM NOW A TARGET TO BE SACRIFICED BY CHARACTER ASSINATION CREATING A FALSE HEALTH RECORD = TO A FELONY. LYNDA ALSO SAID "IM NOT GOING TO GET WHAT I WANT" IM ONLY ASKING FOR WHAT IS RIGHT. THE FEDERAL BASIS FOR THIS CLAIM U.S.C. 42§1983, 1985, 1986, 1ST, 4TH AMENDMENT, 14TH AMENDENT, U.S.C. 18§241, 242, U.S.C. 18§2340

R12 W.W.

G. SEVENTH CLAIM CONTINUED: U.S.C. 46 § A30509, THE COURT SHOULD INSTRUCT LYNDA'S FATHER TO GIVE LYNDA A TALKEN TO BEHIND THE WOOD SHED, IF HE'S STILL ALIVE, NON CORPORAL NOTE: LYNDA ALSO HAS NO RECORD OF A OATH OF OFFICE AS STATED BY N.Y.S. STATE DEPT, ARTICLE VI US. CONSTITUTION.

* H. EIGHTH CLAIM: MY COMPLAINT AGAINST JOHN ALLEN IS VERY SIMILIAR TO CLAIM #6&7. JOHN HAS NO OATH OF OFFICE ACCORDING TO THE N.Y.S. STATE DEPT. JOHN IS A MAJOR PLAYER IN THE 5-15-11 DISAGREEMENT LETTER AND THE SMH-N.Y.S. O.M.H. COVER UP. * PLEASE NOTE THAT JOHN STATED ON 3-9-11, RECORDED IN THE FAIRPORT LIBRARY THAT "YOU

** PROVED YOUR CASE "(WALT)" IM GOING AFTER THE DOCTORS LICENSE." JOHN IS NOW A WITNESS THAT HAS BEEN TAMPERED WITH, BECAUSE JOHN NOW KNOWS NOTHING. JOHN INSTRUCTED ME IN THE 3-9-11 MEETING "TO GET EVERYTHING IN WRITING". JOHN NOW WON'T FOLLOW HIS OWN RULES. AS BRIEFLY MENTIONED IN THE C. THIRD CLAIM, THIS 5-15-11 HYBRID LETTER THAT JOHN SECRETELY FORCED ANN SILVEY TO PUT INTO MY MEDICAL RECORDS, NEVER HAPPENED. I WAS LED TO BELIEVE THIS LETTER WOULD BE SHOWN TO ANY REQUESTER OF MY FALSE MEDICAL RECORDS TO SEE MY PROTEST. HOWEVER AN INFORMANT IN SMH TOLD ME THAT ANY HIPAA LETTER OF DISAGREEMENT (THATS WHAT ANN SILVEY CALLED THIS 5-15-11 LETTER) WOULD HAVE TO BE FILED IN A SECRET CORRESPONDENCE FILE SEALED EXCEPT BY COURT ORDER. SO, THIS 5-15-11 LETTER DID NO GOOD TO HELP CLEAR MY NAME. THEN JOHN USED A DISINGENUOUS EXCUSE TO CLOSE THE INVESTIGATION BECAUSE I WOULDN'T (AFTER 1 YEAR OF DOING BASICALLY NOTHING) TALK TO HIM ON THE PHONE AND I WANTED TO CORRESPOND BY WRITING AFTER HE REFUSED TO LET RANDY HILL (MY ADVOCATE) ACCOMPANY ME TO WITNESS ME PLAYING AN AUDIO TAPE TO DALE EWBEL (N.Y.O.P.D.) PROVING JOHN ACETO STATED

 W.W.

NOTE: ALSO ARTICLE III U.S. CONSTITUTION

H. EIGHT CLAIM CONTINUED: I DON'T HAVE A THOUGHT DISORDER CONTRADICTING DR CAIN AND EVEN JOHNS OWN RECORDS THAT I REQUESTED ALMOST 1½ YRS AFTER MY LAST APPOINTMENT WITH HIM. JOHN IS TAMPERING WITH A WITNESS (RANDY) & OBSTRUCTING JUSTICE. THE FEDERAL BASIS FOR THIS CLAIM IS U.S.C. 42 § 1983, 1985, 1986, 4TH, 5TH, 9TH, 10TH, 14TH AMENDMENTS, HIPAA, 28 U.S.C. § 1343, U.S.C. 18 § 1503, 241, 242, 1621, U.S.C. 18 § 2340, U.S.C. 46 § A 30509. PLEASE SEE NATURE OF SUIT FOR AN EXPLANATION OF CODES. THE COURT NEEDS TO COMPEL JOHN TO FIX MY RECORDS, AND TO COMPENSATE ME FOR MUCH MENTAL TORTURE AND DAMAGES AS STATED IN THE CODES. JOHN WAS AGAINST ME TAKING CIVIL ACTION

* I. NINETH CLAIM: PLEASE NOTE THAT ROBAN GOLDMAN DOESN'T HAVE AN OATH OF OFFICE EITHER WITH HER CURRENT POSITION AS COUNSEL IN NYS O.MH, ACCORDING TO NYS. STATE DEPT. BUT IF SHE, JOHN ALLEN, TOM WALLACE & LYNDA BATTAGLIA DO HAVE OATHS OF OFFICE THEN THEY ALL HAVE COMMITTED PERJURY BY NOT UPHOLDING THE U.S. & N.Y.S. CONSTITUTION. I STARTED CORRESPONDING WITH LETTERS AND PHONE CALLS ABOUT 2-20-12 I KEPT ASKING ROBIN TO EXPLAIN WHAT IS GOING ON IN THI 1+YR. OLD INVESTIGATION. ROBIN WOULD NOT OFFER ANY EXPLANATION. I SPOKE TO ROBIN ON 4-9-12 AND AT FIRST SHE SAID SHE KNOWS NOTHING BUT THEN RELENTED AND SAID N.Y.S. OMH HELPED ME WITH AN ADDENDA. I TOLD HER THIS (5-15-11) LETTER IS NOT IN MY MEDICAL RECORDS AND THAT IT WAS CLASSIFIED - HIDDEN. SHE WAS SURPRISED AND SAID THIS INFORMATION WOULD BE FORWARDED. THEN ON 4-18-2012 ROBIN WROTE ME STATING THAT REPRESENTATIVES FROM THE WESTERN REGION (TOM WALLACE) ASSURED HER THAT (MY INFORMANT-SMH) AND (HIPAA LAW) (ARE WRONG) AND THAT MY 5-15-11 LETTER CAN BE REQUESTED. (TOM WALLACE) AND ROBIN ARE MAKING A TOTALLY FALSE STATEMENT. I THEN SENT ROBIN



M.M.

I. NINETH CLAIM CONTINUED: THE HIPAA RULES AS EXPLAINED IN ANN SILKEYS NAMELESS 9-22-11 LETTER AND ROBIN REPLIED IN A LETTER (5-15-12) STATING SHE CONFERED WITH JOHN ALLEN AND TOM WALLACE AND THEY ALL DECIDED THERE IS NOTHING MORE THAT CAN BE DONE, SUGGESTED I GO TO COURT TO SEAL THE FALSE RECORDS. I WANT THE RECORDS REMOVED, I DON'T WANT GARBAGE LEFT IN MY FILE, PERIOD. IN THE 4-18-12 LETTER ROBIN ALSO FALSELY ACCUSED ME OF BEING NO LONGER WILLING TO TALK TO JOHN ALLEN ON THE PHONE AND THAT I DIDN'T RETURN HIS CALL. THE LAST TIME JOHN CALLED ME I SPOKE TO HIM, BUT AFTER, I REALIZED THE LAW BREAKING AND FAXED JOHN AND SAID THAT FOR THE TIME BEING WE NEED TO COMMUNICATE BY WRITING TO MAKE IT OFFICIAL. ROBIN USED THIS FALSE EXCUSE TO CLOSE THE INVESTIGATION. ROBIN DID WRITE ME BACK ONE LAST TIME AS STATED ABOVE ON 5-15-12. PLEASE NOTE THAT RANDY HILL HAS STAYED IN TOUCH WITH ME AND CONTINUES TO AND SAID HE WOULD HELP ME, IF I TAKE LEGAL ACTION. THE FEDERAL BASIS FOR THIS CLAIM IS U.S.C 42 § 1983, 1985, 1986, HIPAA, RICO, 4TH, 5TH, 9TH, 14TH AMENDMENT, U.S.C. 28 1343, U.S.C. 18 § 1503, 241, 242, 1621, 2340, U.S.C. 46 § A 30509. PLEASE SEE NATURE OF THE SUIT FOR EXPLANATION OF THE CODES.

NOTE: ALSO ARTICLE VI U.S. CONSTITUTION

THE COURT SHOULD REQUIRE ROB TO GET ALL THE FALSE GARBAGE-RECORDS EXPUNGED FROM MY FILE AND BE HELD TO ACCOUNT FOR HER SERIOUS NEGLEGENCE, MALFEASANCE, & MISFEASANCE, AND BE REQUIRED TO DONATE TO MY 2 FAVORITE CHARITIES (BIG MONEY)

* J. 10TH CLAIM: DALE ENGEL TOLD ME ON THE PHONE (12-28-12) THAT MY RESUBMITTED COMPLAINT GIVEN TO N.Y.S. O.P.D. ON 1-17-12 WHERE DALE LISTENED TO JOHN ACETO'S 11-9-10 AUDIO TAPE, WAS DISMISSED ON 12-17-12? DALE NOW STATES THAT EVEN

J. 10TH CLAIM CONTINUED; THOUGH THE AUDIO TAPE TOTALLY CONTRADICTS JOHN ACETO'S RECORDS, NYS.O.P.D FINDS NO WRONG DOING ACCORDING TO THE N.Y.S EDUCATION LAW. DALE KNOWS VERY WELL THAT OTHER PRIVATE MEDICAL RECORDS FROM 10 YRS AGO WERE OBTAINED WITHOUT MY AUTHORIZATION AND ENTERED INTO JOHN'S RECORDS THAT I REQUESTED AMENDED, TO FALSELY CREATE A PICTURE THAT I HAVE DISORDERED THINKING. DALE IS ALSO AWARE THAT JOHN ACETO'S SESSION REPORT ON 4-9-09 STATES HE LISTENED TO AUDIO TAPE (WHERE 6-24-08 POLICE OFFICER ADMITS SAFECO INS. CO. COMMITTED A CRIME.) THIS TOTALLY CONTRADICTS JOHNS SESSION REPORT WHERE HE CLAIMS THAT ON 6-11-09 HE WANTED TO DISCUSS THE POSSIBILITY THAT THIS SAFECO ISSUE IS A DELUSION. SOMETHING IS VERY WRONG. HERE AND THIS SHOWS JOHN'S CREDIBILITY DOESN'T EXIST. BUT DALE FINDS NO WRONG DOING HERE. ALSO JOHN NEVER WANTED TO DISCUSS ANY DELUSION INVOLVING SAFECO ON 6-11-09. THIS IS EVIDENCE THAT JOHN CHANGED THE RECORDS AFTER MY CONVERSATION WITH HIM ON 11-9-10 WHERE HE STATES RECORDED (I HAVE NO THOUGHT DISORDER). BUT WHEN I RECEIVED A COPY OF MY RECORDS FROM S.M.H. ABOUT 2-25-11 TO PRESENT TO MY S.O.M.H ON 3-9-11 I WAS SHOCKED, THAT JOHN NOW CLAIMS IM (MENTALLY INCOMPETENT). THEN DALE WOULD NOT ADMIT THAT NYS O.P.D OR DALE EVEN SPOKE TO OR INTERVIEWED JOHN ABOUT MY COMPLAINT. DALE WOULD NOT ADMIT IF ANYONE INVESTIGATING MY COMPLAINT HEARD THIS 11-9-10 AUDIO TAPE WITH MYSELF & JOHN ACETO THIS EVIDENCE SHOWS THAT THERE MAY HAVE BEEN NO INVESTIGATION OF MY COMPLAINT. ONLY DALE HEARD THE TAPE ON 1-17-12. FEDERAL BASIS FOR THIS CLAIM IS U.S.C. 42 § 1983, 1985, 1986, 14TH AMENDMENT, U.S.C. 18 § 241, 242, 1621, OBSTRUCTION OF JUSTICE; U.S.C. 18 § 2340, U.S.C 46 § A -

J 10TH CLAIM CONTINUED: 30509 PLEASE SEE NATURE OF THE SUIT FOR EXPLANATION OF CODES. IM ASKING THE COURT TO REQUIRE THE N.Y.S.O.P.D TO DO THEIR JOB, - CORRECT MY RECORDS AND TO TAKE CORRECTIVE ACTION AGAINST JOHN ACETO, AND THAT DALE ENGEL BE HELD RESPONSIBLE FOR COVERING UP UNLAWFUL ACTS BY JOHN ACETO WHICH INCLUDED ASSAULT. IF DALE HAS OATH OF OFFICE HE COMMITTED PERJURY. DIDN'T UPHOLD LAW.

* K. 11TH CLAIM: DONALD DAWSON DIDN'T HAVE THE COURTESY TO RESPOND TO MY FAX ON 5-2-12 WHEN I ASKED FOR HIS HELP. HE CHOSE TO COVER UP THIS PROBLEM TO PROTECT THE CORPORATION, THAT IS CORRUPT. DONALD ALSO COMMITTED PERJURY BY NOT UPHOLDING THE LAW BASED ON THE U.S. CONSTITUTION. FEDERAL BASIS OF THIS CLAIM. U.S.C. 42 § 1983, 1985, 1986, 14 TH AMENDMENT U.S.C. 28 § 1343, U.S.C. 18 § 241, 242, 1621, HIPAA, OBSTRUCTION OF JUSTICE - RICO, U.S.C. 18 § 2340, U.S.C. 46 § A 30509. THE COURT SHOULD REQUIRE DONALD COMPENSATE ME FOR DAMAGES ACCORDING TO THE ABOVE CODES AND HIS MISFEASANCE AND FAILURE (DOESN'T CARE) SHOULD BE MADE KNOWN TO WHOEVER HIRED HIM FOR DISCIPLINARY ACTION. ALSO PLEASE SEE NATURE OF THE SUIT FOR AN EXPLANATION OF THE CODES ABOVE

NOTE: ARTICLE 6 U.S. CONSTITUTION

* K. 12TH CLAIM: ON 4-29-11 K. BLOOMFIELD, NURSE INVESTIGATOR, N.Y.S.O.P.D STATED (LETTER) THAT DR. CAIN CAN FORCE ME TO RECEIVE COUNSELING FOR HER TO PRESCRIBE MEDICATION. THIS IS FALSE. THE CONSUMER BILL OF RIGHTS STATES IN NO. 4 THAT I HAVE RIGHT TO PARTICIPATE IN MY TREATMENT DECISIONS PLAN. THE N.Y.S. EDUCATION LAW § 6530 #30 STATES THAT A DOCTOR CAN'T JUST ABANDON A PATIENT. THE DOCTOR MUST MAKE REASONABLE ARRANGEMENTS FOR THE PATIENT (HELPING THE PATIENT GET A NEW DOCTOR) DR. CAIN DIDN'T DO THIS SHE JUST THREATENED THAT I COULD NO LONGER BE HER

P. 17 W.W.

K. 12 CLAIM CONTINUED: PATIENT IF I DIDN'T GO FOR COUNSELING. LATER DR. CAIN DENIED THE THREATS AND FASELY STATED THAT SHE ONLY SUGESTED THAT I GO FOR COUNSELING THE TRUE REASON FOR THE REQUIRED COUNSELING IS THAT I WOULD NOT STOP QUESTIONING DR CAIN ABOUT HER FALSE CHARGES THAT THIS SAFECO CASE WAS OR COULD BE A DELUSION. IT IS STILL A UNRESOLVED BANK OF AMERICA - ROBBERY. INVOLVING SAFECO INS. CO. ALSO IN N.Y.S. CODES & RULE & REGULATIONS TITLE 14 § 587.7 IT STATES THAT I DON'T HAVE TO ACCEPT DR. CAINS TREATMENT PLAN BUT CAN STILL PARTICIPATE WITH HER PRESCRIBING MEDICATIONS FOR MY HEADACHE & ANXIETY, UNLESS THERE WAS A SAFETY ISSUE. HOW IRONIC THAT AFTER 4 SESSIONS WITH JOHN ACETO (HE LEFT STRONG) I WAS ALLOWED TO CONTINUE SEEING DR. CAIN UNTIL 8-21-09 WHEN I STOPPED GOING; I TOLD HER I HAVE BEEN HARASSED AND CANNOT CONTINUE TO COME. FEDERAL BASIS FOR THIS CLAIM IS 14TH AMENDMENT - U.S. CONSTITUTION. PLEASE SEE NATURE OF SUIT FOR EPLANATION OF CODE. THIS COURT NEEDS TO INFORM K. BLOOMFIELD THAT IN THE FUTURE SHE NEEDS TO FOLLOW THE LAW AND NOT HER OWN IDEAS AND TO HELP PEOPLE WITH THEIR COMPLAINTS

K. 13TH CLAIM: ELIZABETH COOTS FOLLOWED STEVEN GOLDSTEINS LAWLESS & DISGRACEFUL ORDERS AND IT IS WRONG. TO PREVENT A LEGITIMATE COMPLAINT FROM BEING HEARD. THE COURT SHOULD REPRIMAND LIZ.

NOTE: MY TRUE DIAGNOSIS IS A 15 YR CONSTANT HEADACHE AND ANXIETY WITH A CEREBRAL VIRAL INFECTION CAUSING IT, THAT NO ONE WILL TREAT IN ROCHESTER.

 W.W.

**6. SUMMARY OF RELIEF SOUGHT**

*Summarize the relief requested by you in each statement of claim above.*

COMPENSATION FOR 3YRS LABOR, OUT OF POCKET COSTS, DAMAGES FROM EMOTIONAL STRESS COMPENSATION ACCORDING TO FEDERAL CODES REFERED TO IN THIS SUIT AND ACTION AND A FAIR CONSIDERATION OF THIS COURTS DISCRETION. ALSO HAVE MY MEDICAL RECORDS CORRECTED.

Do you want a **jury trial**? Yes X No____

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on 1-3-13
(date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

Walter Wojtczak

Signature(s) of Plaintiff(s)

POST SCRIPT: IF THIS CASE IS ASSIGNED TO JUDGE SIRAGUSA THERE WILL BE A CONFLICT OF INTEREST BECAUSE THE SAFECO ISSUE IS STILL IN LITIGATION IN THE U.S. COURT OF FEDERAL CLAIMS. THIS COMPLAINT (1-3-13) IS DIRECTLY RELATED AND AN EXTENSION OF THE SAFECO CASE. 08CV6436.

Walter Wojtczak

U.S. FEDERAL DISTRICT COURT 1-4-13
100 STATE ST
ROCHESTER N.Y. 14614

NOTICE: REQUEST FOR COUNSEL

DEAR CLERK OF THE COURT:

AT THIS TIME THIS PLANTIFF IS REQUESTING LEGAL COUNSEL TO HELP IN GUIDING ME AND TO PROVIDE A REPLY TO THIS COURTS ANSWER TO MY COMPLAINT. U.S.C 28 § 1915 MAY APPLY.

THANKYOU

Walt Wojtczak
1729 EMPIRE BLVD. APT 63
WEBSTER, N.Y. 14580